FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SALVADOR CORTEZ,            )
                            )
        Petitioner,         )   No. CV 06-5196-DSF (RCF)
                            )
    v.                      )   JUDGMENT
                            )
A.J. MALFI, Warden,         )
                            )
        Respondent.         )
_____)

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted and the First Amended Petition is dismissed with prejudice.

DATED: 10/28/08

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE